**UNITED STATES of America, Plaintiff–Appellee**

v.

**Miguel SAUCILLO, Defendant– Appellant.**

**No. 11–40733 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 19, 2011.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Sarah Beth Landau, Assistant Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Miguel Saucillo presents arguments that he concedes are foreclosed by *United States v. Betancourt*, 586 F.3d 303, 308–09 (5th Cir.2009), which reaffirmed that knowledge of drug type and quantity is not an element of the offense under 21 U.S.C. § 841. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.